IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN AND NANNIE STEIBEL,

Plaintiffs,

v.

VILLAGE OF PRAIRIE DU ROCHER,
JRS RECOVERY, INC., and
HAROLD WALLACE, both in his
individual and official capacity
as an officer with the Village of
Prairie Du Rocher,

Defendants.                                              No. 07-0197-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiffs' motion for voluntary dismissal (Doc. 40). Specifically, Plaintiffs move to dismiss without prejudice their cause of action against J'S Recovery, Inc. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES without prejudice** Plaintiffs' cause of action against JRS Recovery, Inc.

**IT IS SO ORDERED.**

Signed this 28th day of February, 2008.

/s/    David R Herndon
**Chief Judge**
**United States District Court**