IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRIAN AND NANNIE STEIBEL,

Plaintiffs,

v.

VILLAGE OF PRAIRIE DU ROCHER,
JRS RECOVERY, INC., and
HAROLD WALLACE, both in his
individual and official capacity
as an officer with the Village of
Prairie Du Rocher,

Defendants.                                              No. 07-0197-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiffs and Defendants Village of Prairie Du Rocher and Harold Wallace's stipulation for dismissal (Doc. 43). Specifically, the parties moved to dismiss with prejudice Plaintiffs' cause of action against these two Defendants. The Court **ACKNOWLEDGES** the stipulation of dismissal and **DISMISSES with prejudice** Plaintiffs' cause of action against the Village of Prairie Du Rocher and Harold Wallace, both in his individual and official capacity as an officer with the Village of Prairie Du Rocher. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 3rd day of April, 2008.

/s/      David R Herndon
**Chief Judge**
**United States District Court**